■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYRON WILKONSON, Appellant. [838 NYS2d 456]—Judgment, Supreme Court, New York County (Jeffrey M. Atlas, J.), rendered on or about April 24, 2001, unanimously affirmed. No opinion. Order filed. Concur—Sullivan, J.P., Buckley, Gonzalez, Sweeny and Kavanagh, JJ.